## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 7/7/16

In re:   Case No.:  09–18913 WIL    Chapter:  13

Anthony Millard Divilio
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 49 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1786.30 Filed by CIT Group, Inc . (Attachments: # 1 Affidavit # 2 Research Documents) (Hutchinson, Janine)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/21/16.**

CURE: Must provide non–redacted drivers license identification for Barrie Saltzman and Mark Warren.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson  301–344–3918

cc: Debtor(s)
Attorney for Debtor(s) – Terence Brian Garvey

Form defntc (11/2013)