```
                            United States Bankruptcy Court
                                District of Maryland
```

In re:                                                              Case No. 09-18913-WIL
Anthony Millard Divilio                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: jhutchins            Page 1 of 1                  Date Rcvd: Jul 07, 2016
                              Form ID: defntc            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2016.
db           +Anthony Millard Divilio,   20319 Greenriver Terrace,   Germantown, MD 20876-4264
             +CIT Group,   c/o Mark Warren,   280 Summer Street,   Suite 400,   Boston, MA 02210-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2016 at the address(es) listed below:
              Brian S. McNair    bankruptcy@albalawgroup.com
              Douglas S. Rubin    drubin@siwpc.com, Ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,klane@siwpc.com,mfreeman@siwpc.com
              Kimberly Brooke Lane    klane@siwpc.com,  ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Terence Brian Garvey    tgarveylaw@comcast.net
                                                                                             TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 7/7/16

In re:   Case No.:   09−18913 WIL     Chapter:   13

Anthony Millard Divilio
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 49 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1786.30 Filed by CIT Group, Inc . (Attachments: # 1 Affidavit # 2 Research Documents) (Hutchinson, Janine)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/21/16.**

CURE: Must provide non−redacted drivers license identification for Barrie Saltzman and Mark Warren.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson  301−344−3918

cc:   Debtor(s)
      Attorney for Debtor(s) – Terence Brian Garvey

Form defntc (11/2013)