

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: 09–18913 – WIL    Chapter: 13

**Anthony Millard Divilio**
Debtor(s)

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [49] Motion to Withdraw Unclaimed Funds from Court Registry filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Terence Brian Garvey
      Interested Party –
      Case Trustee – Nancy Spencer Grigsby

### End of Order

14x01 (rev. 02/02/2006) – jhutchinson